IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

VERNAL TIMOTHY HARDY, )
)
Petitioner, )
v. ) Civil Action No. 3:16CV963–HEH
)
HAROLD W. CLARKE, )
)
Respondent. )

## FINAL ORDER
(Adopting Report and Recommendation and Dismissing Action)

In accordance with the accompanying Memorandum Opinion, it is hereby

ORDERED that:

1. Hardy's objections are OVERRULED;
2. The Report and Recommendation (ECF No. 22) is ACCEPTED and ADOPTED;
3. The Motion to Dismiss (ECF No. 16) is GRANTED;
4. Hardy's Motion to Amend (ECF No. 20) is DENIED;
5. Hardy's § 2254 Petition (ECF No. 1) is DISMISSED WITHOUT PREJUDICE; and,
6. A certificate of appealability is DENIED.

Should Hardy desire to appeal, a written notice of appeal must be filed with the Clerk of the Court within thirty (30) days of the date of entry hereof. Failure to file a notice of appeal within that period may result in the loss of the right to appeal.

The Clerk is DIRECTED to send the Memorandum Opinion and Order to Hardy and counsel of record.

It is so ORDERED.

/s/
HENRY E. HUDSON
UNITED STATES DISTRICT JUDGE

Date: June 21, 2017
Richmond, Virginia